UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:
    MARIO L REYES
    JUANA M REYES
         Debtor(s)

Case No. 10-09883

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/09/2010.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 07/22/2010.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $44,457.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,353.00 |
| Less amount refunded to debtor | $556.60 |

**NET RECEIPTS:** $1,796.40

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $94.40 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $94.40

Attorney fees paid and disclosed by debtor:   $3,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ASSOCIATED ANESTHESIOLOGIST JT | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| ATHLETIC & THERAPEUTIC INS | Unsecured | 1,096.30 | NA | NA | 0.00 | 0.00 |
| AURORA LOAN SERVICES | Secured | 53,383.67 | NA | NA | 0.00 | 0.00 |
| AURORA LOAN SERVICES | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 9,759.17 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 3,416.16 | NA | NA | 0.00 | 0.00 |
| CARSON PIRIE SCOTT | Unsecured | 1,479.41 | NA | NA | 0.00 | 0.00 |
| CFI RESORTS MANAGEMENT CO | Unsecured | 1,685.80 | NA | NA | 0.00 | 0.00 |
| CHRYSLER FINANCIAL SVC AMERIC | Secured | 15,924.14 | NA | NA | 1,552.00 | 0.00 |
| CITY OF CHICAGO | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 1,077.12 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 1,286.37 | NA | NA | 0.00 | 0.00 |
| EM STRATEGIES LTD | Unsecured | 474.00 | NA | NA | 0.00 | 0.00 |
| ENDODONTIC & PERIODONTIC ASSO | Unsecured | 367.00 | NA | NA | 0.00 | 0.00 |
| HARLEM FURNITURE | Unsecured | 2,760.38 | NA | NA | 0.00 | 0.00 |
| HAWTHORNE CREDIT UNION | Unsecured | 12,437.70 | NA | NA | 0.00 | 0.00 |
| HAWTHORNE CREDIT UNION | Unsecured | 3,952.00 | NA | NA | 0.00 | 0.00 |
| HAWTHORNE CREDIT UNION | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| HAWTHORNE CREDIT UNION | Secured | 7,281.50 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Unsecured | 2,124.97 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Unsecured | 12,632.94 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Priority | 2,585.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| JEWEL FOOD STORES | Unsecured | 45.76 | NA | NA | 0.00 | 0.00 |
| KOHLS | Unsecured | 1,098.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY BANK | Unsecured | 102.36 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| PARKVIEW ORTHOPAEDIC GROUP | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| QUORUM FCU | Unsecured | 11,800.96 | NA | NA | 0.00 | 0.00 |
| QUORUM FCU | Unsecured | 567.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| ROOM PLACE | Unsecured | 352.13 | NA | NA | 0.00 | 0.00 |
| ROOM PLACE | Unsecured | 2,760.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 1,282.90 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 626.20 | NA | NA | 0.00 | 0.00 |
| ST ANTHONY HEALTH AFFILIATES | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| STANDARD FINANCIAL SERVICE | Unsecured | 6,263.00 | NA | NA | 0.00 | 0.00 |
| VALUE CITY | Unsecured | 1,839.55 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL RETAIL | Secured | 550.00 | NA | NA | 150.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $1,552.00 | $0.00 |
| All Other Secured | $0.00 | $150.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$1,702.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $94.40 |
| Disbursements to Creditors | $1,702.00 |
| **TOTAL DISBURSEMENTS:** | **$1,796.40** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/31/2010                                              By: /s/ Glenn Stearns
                                                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**